DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER DENNIS HOLTHAUS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1812

[September 24, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael Linn, Judge; L.T. Case No. 2002CF003677A.

Christopher D. Holthaus, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Ratliff v. State*, 914 So. 2d 938, 940 (Fla. 2005) (noting that "[t]he term 'life' is sufficiently definite so that it can be understood and applied," and holding that "a sentence of life imprisonment does not violate article 1, section 17"); *Decosta v. State*, 4D2025-0682, 2025 WL 2154384, at *1 (Fla. 4th DCA July 30, 2025) (rejecting rule 3.800(a) argument alleging a life sentence was an illegal indefinite sentence).

GROSS, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***